```
 1  William Ward #130001
    BRAD YOUNG, Attorney at Law
 2  995 Morning Star Drive, Suite C
    Sonora, California 95370
 3  Telephone: (209) 536-2750
 4
    Attorneys for Plaintiff,
 5  E.C. PHILLIPS
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10                       FRESNO DIVISION
11
    E.C. Phillips,                  )  CASE NO. CIV F 04-5896REC/SMS
12                                  )
                Plaintiff,          )
13                                  )
                                    )  STIPULATION AND ORDER RE
14  v.                              )  VOLUNTARY DISMISSAL
                                    )
15  MUTUAL OF OMAHA, and DOES 1     )
    through 100, inclusive,         )
16                                  )
                Defendants.         )
17                                  )
    _____  )
18
19       IT IS HEREBY STIPULATED, by and between the parties,
20  through their respective counsel, that plaintiff voluntarily
21  dismisses with prejudice the above-captioned action as part
22  of a settlement agreement between the parties.
23
24                                      BRAD YOUNG, ATTORNEY AT LAW
25
26  Dated: June 8, 2005               By: /s/ WILLIAM WARD
                                          William Ward, Attorney
27                                        for E.C. Phillips
28  ///
```

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

```
                                    McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH LLP


Dated: June 8, 2005
                                    By: /s/ LOUIS D. TORCH
                                        Louis D. Torch,
                                    Attorneys for Mutual of Omaha
```

**O R D E R**

    IT IS SO ORDERED.

```
Dated:  July 8, 2005        /s/ ROBERT E. COYLE
                            JUDGE OF THE DISTRICT COURT
```

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com